UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable David F. Levi
Chief United States District Judge
Sacramento, California

          RE: **Aaron Davis PYLE**
             **Docket Number: 2:03CR00145-01**
             <u>**REVIEW OF SPECIAL CONDITIONS**</u>

Your Honor:

On May 8, 2003, the above named offender pled guilty to violations of 18 USC 2252(a)(4)(B) - Possessions of Images Depicting Minors Engaged in Sexually Explicit Conduct (2 counts); 18 USC 2522(b) - Interstate Communications to Entice Minor to Engage in Illegal Sexual Act; and 18 USC 2425 - Use of Interstate Facility to Transmit Information About a Minor. On March 18, 2004, the offender was sentenced to 52 months as to each of Counts 1, 2, 3 and 4 with each term to run concurrently with the others for a total term of 52 months. The offender was also placed on a term of supervised release for 36 months. The following special conditions were also ordered: Warrantless search; Drug and alcohol treatment; Drug and alcohol testing; Mental health treatment; Co-payment plan; No on-line computer access; Computer inspection; Pornography restrictions; Phone record disclosure; Notice to employer regarding computer restrictions; Sex offender counseling; Sex registration; Abstain from porn materials; No contact with children under the age of 18; and Cooperate with the collection of DNA. Consequently, Your Honor ordered the offender be placed at FCI Butner, the sex offender treatment facility. Further, because the offender would be receiving sex offender treatment while incarcerated, you ordered the case be put on calendar when the offender was released from prison to determine if all of the special conditions still applied.

On December 20, 2006, the offender was released from prison. On January 4, 2007, this officer met with the offender and went over his terms and conditions at length. The offender has agreed to comply with all of his special conditions, including his sex offender

RE:   Aaron Davis PYLE
      Docket Number:   2:03CR00145-01
      **REVIEW OF SPECIAL CONDITIONS**

treatment conditions. The offender noted continued treatment would facilitate his transition back into society. Due to the aforementioned, this officer is requesting the matter not be placed back on calendar as the offender is not objecting to any of his ordered special conditions.

If you have any questions, or if I can be of additional assistance, please feel free to contact me at (916) 930-4308.

                    Respectfully Submitted,


                    /s/Matthew M. Faubert
                    **MATTHEW M. FAUBERT**
                    **United States Probation Officer**

**DATED:**   January 10, 2007
             Sacramento, California
             MMF/cp


**REVIEWED BY:**      /s/Kyriacos M. Simonidis
                      **KYRIACOS M. SIMONIDIS**
                      **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____**X**_____              Disapproved _____


  01/16/2007                             /s/ David F. Levi
**Date**                                 **DAVID F. LEVI**
                                         **Chief United States District Judge**


cc:   Caro Marks, Federal Defender
      Laurel White, Asst. United States Attorney

2

Rev. 05/2006
MEMO.MRG